IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY GILES<br>  *Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NO. 4:19-cv-03649<br>JURY |
| PALOMAR SPECIALTY INSURANCE<br>COMPANY,<br>  *Defendant*. | §<br>§<br>§ | |

**PALOMAR SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant PALOMAR SPECIALTY INSURANCE COMPANY ("Palomar" or "Defendant") files its Notice of Removal to the United States District Court for the Southern District of Texas, Houston Division, on the basis of diversity of citizenship, improper joinder and amount in controversy, and respectfully shows the following:

**I.   PROCEDURAL BACKGROUND**

1.   On August 21, 2019, Plaintiff, Mary Giles ("Giles" or "Plaintiff"), filed her Original Petition in a case styled *Mary Giles v. Palomar Specialty Insurance Company;* Cause No. 2019-58314, pending in the 129th Judicial District Court for Harris County, Texas.

2.   Palomar was made aware of the Plaintiff's Original Petition when the Plaintiff served Palomar Specialty Insurance Company on August 29, 2019.

3.   Palomar files this notice of removal within 30 days of receiving notice of the filing of Plaintiff's Original Petition.  *See* 28 U.S.C. § 1446(b).  This Notice of Removal is being filed within one year of the commencement of this action.  *see id.*

4. All pleadings, process, orders, and other filings in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a).

5. Attached hereto are copies of the following documents:

- **Exhibit 1:** The state court's Docket Sheet;
- **Exhibit 2:** Plaintiff's Original Petition;
- **Exhibit 3:** Citation served upon Palomar;
- **Exhibit 4:** Defendant Palomar Specialty Insurance Company's Verified Original Answer and Plea in Abatement;
- **Exhibit 5:** List of Parties and Counsel.

## II.   BASES FOR REMOVAL

6. Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.

**A. Plaintiff and Defendant Palomar are diverse.**

7. **Plaintiff,** Mary Giles, is an individual residing in Harris County, Texas.

8. **Defendant,** Palomar Specialty Insurance Company, is, and was at the time the lawsuit was filed, an Oregon domiciled insurance company with its principal place of business in California. Palomar is wholly owned by Palomar Insurance Holdings Inc., a Delaware company. Palomar Insurance Holdings, Inc. is wholly owned by Palomar Holdings, Inc., a Delaware company. Palomar is therefore not a citizen of the State of Texas for diversity purposes.

9. Thus, this lawsuit is between citizens of different states, and there is complete diversity of citizenship between Plaintiff and Palomar.

**B.     The Amount in Controversy Exceeds the Jurisdictional Requirements for Subject Matter Jurisdiction.**

10.     In determining the amount in controversy, the court may consider "policy limits... penalties, statutory damages, and punitive damages." *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998); s*ee Ray v. State Farm Lloyds*, No. CIV.A.3:98-CV-1288-G, 1999 WL 151667, at * 2-3 (N.D. Tex. Mar. 10, 1999) (finding a sufficient amount in controversy in plaintiff's case against their insurance company for breach of contract, fraud, negligence, gross negligence, bad faith, violations of the Texas Insurance Code, violations of the Texas Deceptive Trade Practices Act, and mental anguish); *Fairmont Travel, Inc. v. George S. May Int'l Co.,* 75 F. Supp.2d 666, 668 (S.D. Tex. 1999) (considering DTPA claims and the potential for recovery of punitive damages for the amount in controversy determination); *Chittick v. Farmers Ins. Exch.*, 844 F. Supp. 1153, 1155 (S.D. Tex. 1994) (finding a sufficient amount in controversy after considering the nature of the claims, the types of damages sought and the presumed net worth of the defendant in a claim brought by the insureds against their insurance company for actual and punitive damages arising from a claim they made for roof damages).

11.     This is a civil action in which the claim for relief Paragraph 64 of Plaintiff's petition indicates Plaintiff seeks "monetary relief over $100,000, but not more than $200,000." Plaintiff alleges that defendant is liable under a residential insurance policy because Plaintiff made a claim under that policy and defendant wrongfully adjusted and underpaid Plaintiff's claim. This evidence clearly demonstrates that the amount in controversy in this case exceeds the jurisdictional requirements.

### III.  THIS REMOVAL IS PROCEDURALLY CORRECT

12. Palomar received notice of this lawsuit on August 29, 2019. Thus, Palomar is filing this Notice within the 30-day time period required by 28 U.S.C. § 1446(b).

13. Venue is proper in this District and Division under 28 U.S.C. §1446(a) because i) this District and Division include the county in which the state action has been pending, and ii) a substantial part of the events giving rise to Plaintiff's claims allegedly occurred in this District and Division.

14. Pursuant to 28 U.S.C. §1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice.

15. Promptly after Palomar files this Notice of Removal, written notice of the filing will be given to Plaintiff pursuant to 28 U.S.C. §1446(d).

16. Promptly after Palomar files this Notice of Removal, a true and correct copy of same will be filed with the Clerk of the Harris County District Court pursuant to 28 U.S.C. §1446(d).

### CONCLUSION

17. Based upon the foregoing, the exhibits submitted in support of this removal, and other documents filed contemporaneously with this Notice of Removal, Defendant PALOMAR SPECIALTY INSURANCE COMPANY hereby removes this case to this Court for trial and determination.

Respectfully submitted,

By:   */s/ George Arnold*
    **George H. Arnold,** *Attorney-in-Charge*
    State Bar No. 00783559
    garnold@thompsoncoe.com
    **Susan Sparks Usery**
    State Bar No. 18880100
    susery@thompsoncoe.com
    THOMPSON, COE, COUSINS & IRONS, LLP
    One Riverway, Suite 1400
    Houston, Texas  77056
    Telephone:  (713) 403-8210
    Facsimile:  (713) 403-8299

    and

    **Michael L. Schneiderman**
    State Bar No. 24033043
    mschneiderman@postonlawfirmpllc.com
    POSTON LAW FIRM, PLLC
    6745 Calmont Avenue
    Fort Worth, Texas  76116
    Telephone:  (817) 697-3492
    Facsimile:  (817) 697-3677

**ATTORNEYS FOR DEFENDANT PALOMAR SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of September, 2019, a true and correct copy of the foregoing was delivered to the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Shane McClelland
THE LAW OFFICES OF SHANE MCCLELLAND
440 Cobia Drive, Suite 101
Katy, Texas  77494
shane@hmtrial.com
*Attorney for Plaintiff*

    */s/ George Arnold*
    George Arnold