United States District Court
Southern District of Texas
**ENTERED**
December 10, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARY GILES** § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:19-cv-03649 |
| § | JURY |
| § | |
| **PALOMAR SPECIALTY INSURANCE** § | |
| **COMPANY,** § | |
| *Defendant*. § | |

# ORDER

Palomar Specialty Insurance Company and Mary Giles filed an agreed motion to abate pending outcome of appraisal. (Docket Entry No. 9). The motion is granted. This case is stayed and administratively closed until the parties notify the Court by agreed filing that the appraisal process is complete, and either move to dismiss or to reinstate the case to the active docket. Any motions to reinstate must be filed no later than 14 days after the appraisal is complete.

SIGNED on December 10, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge